UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
PRIXCO SORIANO REYES et al.,

                                   *Plaintiffs,*

           -against-

S.L. 93 CORP. (d/b/a OTTONMANELLI NEW YORK GRILL) et al.,

                                   *Defendants.*

---------------------------------------------------------------X

17-CV-1035

NOTICE OF MOTION AND
MOTION FOR DEFAULT

## NOTICE OF MOTION

Please take notice that, upon the served Order dated September 11, 2017, Declaration of Colin Mulholland, and attached exhibits, including the declarations of Plaintiffs Prixco Soriano, Agustin Valeriano Villareal, Antonio Quirino Ruiz, Leonides Rescalvo Flores, and Obed Dominguez, and all prior papers and proceedings in this case, the Plaintiffs, by counsel, will move the court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendants S.L. 93 Corp., S.L. 86 Corp and Stuart Lui.

Answering papers, if any, shall be served on the undersigned, in accordance with Local Rule 6.1(b), on September 28, 2017, as the court directed.

Dated: New York, New York
        September 14, 2017

                                                 MICHAEL FAILLACE & ASSOCIATES, P.C.

                                                 By: /s/ Colin Mulholland
                                                      Colin Mulholland
                                                      60 East 42nd Street, Suite 4510
                                                      New York, New York 10165
                                                      (212) 317-1200
                                                      *Attorneys for Plaintiff*

To:

| Stuart Liu | S.L. 93 Corp | S.L. 86 Corp |
|---|---|---|
| 295 Continental Drive. | 1424 Lexington Avenue | 1626 York Avenue |
| New Hyde Park, NY 11040 | New York, NY 10128 | New York, NY 10028 |